United States District Court
Southern District of Texas

**ENTERED**

December 01, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 21-2604 |
| | § | |
| BUCHANAN HAULING & RIGGING, INC. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are the Defendant's Amended Motion for Summary Judgment (Doc. No. 23); Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Partial summary Judgment (Doc. No. 26); and Judge Sheldon's Memorandum and Recommendation (Doc. No. 32) that the Court grant Defendant's motion and deny Plaintiff's Motion. No objections were filed by either party and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. No. 32) is **ADOPTED**. Defendant's Amended Motion for Summary Judgment (Doc. No. 23) is **GRANTED**, and Plaintiff's Cross-Motion for Partial Summary Judgment (Doc. No. 26) is **DENIED**.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of Final Judgment.

SIGNED at Houston, Texas, this _____ day of November 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE